**Taft/**

LAW OFFICES
TAFT STETTINIUS & HOLLISTER LLP
2555 EAST CAMELBACK ROAD, SUITE 1050
PHOENIX, ARIZONA 85016-4258
TELEPHONE: 602.240.3000
FACSIMILE: 602.240.6600

Carli Simkin (CA Bar No. 307970)
(CSimkin@TaftLaw.com)

TAFT STETTINIUS & HOLLISTER LLP
111 EAST WACKER DRIVE, SUITE 2600
CHICAGO, ILLINOIS 60622
TELEPHONE: 312.527.4000

Isaac J. Colunga (IL Bar No. 6289253)*
(IColunga@TaftLaw.com)
Elizabeth A. Winkowski (IL Bar No. 6316704)*
(EWinkowski@TaftLaw.com)
* Pro Hac Vice application forthcoming
Attorneys for Defendant Coronis Health RCM LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FAULKNER,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, ARSTRAT LLC, US ACUTE CARE SOLUTIONS LLC, CORONIS HEALTH RCM LLC, SIERRA HEALTH SERVICES, LLC, KERN RADIOLOGY MEDICAL GROUP, INC., CONTINENTAL CREDIT CONTROL, INC., HALL AMBULANCE SERVICE, INC., GRANT MERCANTILE AGENCY, INC. and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.  2:25-cv-05723<br><br>**DEFENDANT CORONIS HEALTH RCM LLC'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |

Pursuant to L.R. 7.1-1 of the Local Rules of the U.S. District Court for the Central District of California, Defendant Coronis Health RCM LLC ("Coronis Health") submits this Notice of Interested Parties.

The undersigned, counsel of record for Coronis Health, certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

| Party | Interest |
|---|---|
| Lauren Faulkner | Named Plaintiff |
| Dignity Health | Named Defendant |
| Arstrat LLC | Named Defendant |
| US Acute Care Solutions LLC | Named Defendant |
| Sierra Health Services, LLC | Named Defendant |
| Kern Radiology Medical Group, Inc. | Named Defendant |
| Continental Credit Control, Inc. | Named Defendant |
| Hall Ambulance Service, Inc. | Named Defendant |
| Grant Mercantile Agency, Inc. | Named Defendant |
| Coronis Health RCM I, LLC (formerly Coronis Health RCM LLC) | Named Defendant |
| Coronis Health I, LLC | Parent Company of Named Defendant Coronis Health RCM I, LLC |

These representations are made to enable the Court to evaluate possible disqualification or recusal. In accordance with L.R. 7.1-1, Coronis Health will submit a supplemental notice within a reasonable time after any discovery by Coronis Health of any material change in the above information or status of the interested parties.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Coronis Health further discloses that Coronis Health RCM, LLC was recently converted to Coronis Health RCM I, LLC and that its parent company is Coronis Health I, LLC. Defendant Coronis Health further discloses that no publicly traded

2

company owns 10% or more of its shares or the shares of its parent company.

Dated: June 23, 2025

TAFT STETTINIUS & HOLLISTER LLP

By: /s/ Carli J. Simkin

Carli J. Simkin
Isaac J. Colunga*
Elizabeth A. Winkowski*

*Pro Hac Vice applications forthcoming*

*Counsel for Defendant Coronis Health RCM LLC*