UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FAULKNER,<br><br>      Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH et al.,<br><br>      Defendants. | Case No. 2:25-cv-05723-SB-PVC<br><br>ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT HALL AMBULANCE SERVICE, INC. |

      Plaintiff Lauren Faulkner has filed a notice of settlement as to Defendant Hall Ambulance Service, Inc. (the Settling Defendant). All claims *against the Settling Defendant only* are therefore dismissed without prejudice.[1] For 60 days from the date of this order, the Court retains jurisdiction to vacate this order and to reinstate the claims nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal of the case against the Settling Defendant will convert to a dismissal with prejudice on the 61st day, absent a timely motion to vacate and reopen. If the claims against the Settling Defendant are reinstated, the parties should be prepared for an expedited trial schedule.

      The Court expects the parties to finalize their settlement or else move to reinstate the claims against the Settling Defendant within the next 60 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both Plaintiff and the Settling Defendant shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client*

---

[1] Plaintiff has not reached a settlement with the other defendants in this action. Therefore, all dates and deadlines remain on calendar as to the remaining defendants.

*representative to explain why the settlement could not be completed in the time allowed.*


Date: July 28, 2025

                                                       Stanley Blumenfeld, Jr.
                                                   United States District Judge