David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Michael P. Lavigne (SBN 216538)
lavignem@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

*Attorneys for Defendant*
CONTINENTAL CREDIT CONTROL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FAULKNER, <br><br> Plaintiff, <br><br> vs. <br><br> DIGNITY HEALTH, ARSTRAT LLC, US ACUTE CARE SOLUTIONS LLC, CORONIS HEALTH RCM LLC, SIERRA HEALTH SERVICES, LLC, KERN RADIOLOGY MEDICAL GROUP, INC., CONTINENTAL CREDIT CONTROL, INC., HALL AMBULANCE SERVICES, INC., GRANT MERCANTILE AGENCY, INC.; and DOES 1-10 inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-05723-SB-PVC <br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANTS CONTINENTAL CREDIT CONTROL, INC. AND KERN RADIOLOGY MEDICAL GROUP, INC.** |

**PLEASE TAKE NOTICE** that Defendants, KERN RADIOLOGY MEDICAL GROUP, INC. and CONTINENTAL CREDIT CONTROL, INC. and Plaintiff LAUREN FAULKNER ("Plaintiff") have settled the matter as between

each other. Plaintiff LAUREN FAULKNER and Defendants KERN RADIOLOGY MEDICAL GROUP, INC. and CONTINENTAL CREDIT CONTROL, INC. (hereinafter collectively referred to as "the Parties") anticipate that they will complete the settlement and file a Stipulation to Dismiss as to KERN RADIOLOGY MEDICAL GROUP, INC. and CONTINENTAL CREDIT CONTROL, INC., within 60 days from the date of this Notice.

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case as to Defendants KERN RADIOLOGY MEDICAL GROUP, INC. and CONTINENTAL CREDIT CONTROL, INC. only.

THE CREDIT ATTORNEY, INC.

Dated: August 10, 2025  /s/Youssef H. Hammoud
Youssef H. Hammoud
*Attorneys for Plaintiff*
LAUREN FAULKNER

CARLSON & MESSER LLP

Dated: August 10, 2025  /s/Craig D. Braun
Craig D. Braun
*Attorneys for Defendant*
KERN RADIOLOGY MEDICAL GROUP, INC.

CARLSON & MESSER LLP

Dated: August 10, 2025  /s/David J. Kaminski
David J. Kaminski
Michael P. Lavigne
*Attorneys for Defendant*
CONTINENTAL CREDIT CONTROL, INC.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Plaintiff's counsel, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: August 10, 2025        /s/ *David J. Kaminski*
                              David J. Kaminski

## CERTIFICATE OF SERVICE

I, David J. Kaminski, hereby certify that on August 10, 2025, a true and correct copy of the foregoing document entitled NOTICE OF SETT;E,EMT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

Dated: August 10, 2025       /s/David J. Kaminski
                             David J. Kaminski