UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAUREN FAULKNER,

Plaintiff,

v.

DIGNITY HEALTH et al.,

Defendants.

Case No. 2:25−cv−05723−SB−PVC

**ORDER GRANTING STIPULATIONS FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GRANT MERCANTILE AGENCY, INC. AND HALL AMBULANCE SERVICE, INC.**

Pursuant to the parties' stipulations at Dkt. Nos. 61 and 62, all claims against Defendants Grant Mercantile Agency, Inc. and Hall Ambulance Service, Inc., which the Court already dismissed without prejudice, are hereby dismissed with prejudice.

Dated: September 2, 2025

_____

Stanley Blumenfeld, Jr.
United States District Judge