Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorney for Plaintiff*
*Lauren Faulkner*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LAUREN FAULKNER

Plaintiff,

v.

DIGNITY HEALTH, ARSTRAT LLC, US ACUTE CARE SOLUTIONS LLC, CORONIS HEALTH RCM LLC, SIERRA HEALTH SERVICES, LLC, KERN RADIOLOGY MEDICAL GROUP, INC., CONTINENTAL CREDIT CONTROL, INC., HALL AMBULANCE SERVICE, INC., GRANT MERCANTILE AGENCY, INC., AND DOES 1-10 INCLUSIVE.

Defendants.

Case No.: 2:25−cv−05723−SB−PVC

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT CORONIS HEALTH RCM LLC**

NOTICE IS HEREBY GIVEN that Plaintiff Lauren Faulkner ("Plaintiff") and Coronis Health RCM LLC ("Defendant") have settled all claims between them in this matter. Plaintiff and Defendant Coronis Health RCM LLC, by and through undersigned

- 1 -

counsel, hereby stipulate that this action and all claims herein be dismissed with prejudice as to Defendant Coronis Health RCM LLC.

Dated: November 06, 2025

RESPECTFULLY SUBMITTED,

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud (SBN: 321934)
**THE CREDIT ATTORNEY, INC.**
601 N Parkcenter Drive Suite 202
Santa Ana, CA 92705
T: (949) 301-9692
F: (949) 301-9693
E: yhammoud@thecreditattorney.com

*Attorneys for Plaintiff*
*Lauren Faulkner*

Dated: November 06, 2025

By: /s/ Carli Simkin
Carli Simkin (SBN 307970)
CSimkin@TaftLaw.com
**TAFT STETTIUNIUS & HOLLISTER LLP**
2555 E. Camelback Road, Suite 1050
Phoenix, AZ 85016
Telephone: 602.240.3000

*Attorneys for Defendants*
*Coronis Health RCM LLC and Hall*
*Ambulance Service, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 06, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Javier Rodriguez*

## SIGNATURE OF CERTIFICATION

I, Javier Rodriguez, hereby certify that all signatories listed, on whose behalf this filing is being submitted, concur with the contents of this filing and have authorized the filing.

The Credit Attorney, Inc.
*/s/ Javier Rodriguez*