JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN FAULKNER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH et al.,<br><br>　　　　　　　Defendants. | Case No. 2:25−cv−05723−SB−PVC<br><br>ORDER GRANTING STIPULATIONS FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT CORONIS HEALTH RCM LLC |

Pursuant to the parties' stipulation at Dkt. No. 73, all claims against Defendant Coronis Health RCM LLC, which the Court already dismissed without prejudice, are hereby dismissed with prejudice.

Dated: November 7, 2025

　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1